UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES A. DOTSON,<br><br>　　　　　　Petitioner,<br><br>　　v.<br><br>KAMALA HARRIS,<br><br>　　　　　　Respondent. | No. 2: 17-cv-0874 KJN P<br><br><br>ORDER |

Petitioner is a state prisoner, proceeding without counsel, with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On May 16, 2017, the undersigned recommended that this action be dismissed based on petitioner's failure to exhaust state court remedies. (ECF No. 4.) The undersigned also directed the Clerk of the Court to assign a district judge to this action. (Id.) The findings and recommendations granted petitioner fourteen days to file objections. (Id.) Fourteen days passed and petitioner did not file objections.

On May 18, 2017, petitioner filed a notice consenting to the jurisdiction of the undersigned. (ECF No. 5.) Based on the notice of consent, the May 16, 2017 order directing the Clerk of the Court to assign a district judge is vacated. For the reasons stated in the May 16, 2017 findings and recommendations, the undersigned orders this action dismissed.

Accordingly, IT IS HEREBY ORDERED that:

1. The May 16, 2017 order directing the Clerk of the Court to assign a district judge is

1

vacated;

2. This action is dismissed for the reasons stated in the May 16, 2017 findings and recommendations;

3. The Court declines to issue a certificate of appealability.

Dated: July 6, 2017

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Dot874.ord